■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO RODRIGUEZ, Appellant. [709 NYS2d 390] —Judgment, Supreme Court, New York County (Harold Beeler, J.), rendered May 22, 1996, convicting defendant, after a jury trial, of robbery in the first degree and grand larceny in the second degree, and sentencing him to concurrent terms of 9 to 18 years and 3⅓ to 10 years, unanimously affirmed.

The court properly declined to submit to the jury the affirmative defense of duress, since no reasonable view of the evidence supported that defense. There was no evidence that the codefendant made any type of threat to harm either defendant or anyone else if defendant did not agree to participate in the crime (*see*, Penal Law § 40.00).

We perceive no abuse of sentencing discretion. Concur—Williams, J. P., Wallach, Lerner, Andrias and Saxe, JJ.

■ MIRIAM CLEMENT, Respondent, v DONALD J. TRUMP, Individually and as a Partner Doing Business as PLAZA OPERATING PARTNERS LTD., Appellant. [708 NYS2d 612] —Order, Supreme Court, New York County (Louis York, J.), entered November 16, 1999, which denied defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

The motion was properly denied on the ground that an issue of fact exists as to whether defendant had constructive notice of the liquid that allegedly caused plaintiff to slip and fall on the stairs leading up from defendant's hotel's cafeteria. Such issue is raised by the deposition testimony of plaintiff and the affidavit of a former employee of defendant that liquid spillage and paper debris were "always," "without fail * * * on an almost everyday basis," on the stairs notwithstanding that complaints about the resulting dangerously slippery condition were frequently made to defendant's personnel (*see*, *Megally v 440 W. 34th St. Co.*, 246 AD2d 346). Concur—Williams, J. P., Wallach, Lerner, Andrias and Saxe, JJ.